UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH CIPCIC,<br>       Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 22-cv-30129-MGM<br>) |
| GARY GROUT, ET AL.,<br>       Defendants. | )<br>)<br>) |

SCHEDULING ORDER
January 23, 2023

ROBERTSON, U.S.M.J.

The following schedule was established at the scheduling conference held on January 17, 2023:

| Date | Deadline/Event |
|---|---|
| February 7, 2023 | Completion of automatic discovery/disclosures |
| May 5, 2023 | Filing of motions for leave to amend the pleadings to add parties, claims, or defenses |
| June 30, 2023 | Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions |
| July 31, 2023 | Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| August 1, 2023 | Case management conference at 2:00 P.M. (Remote) |
| August 31, 2023 | Defendant's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| October 31, 2023 | Completion of expert depositions |
| January 12, 2024 | Filing of dispositive motion(s) |
| February 9, 2024 | Filing of opposition(s) to dispositive motion(s) |
| February 23, 2024 | Filing of replies to opposition(s) to dispositive motion(s), if any |

It is So Ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge